AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Kampgrounds of America, Inc.
V.
Michael Finamore, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11432 REK

TO: (Name and address of Defendant)

Michael Finamore
108 Douglas Road, Route 16
Webster, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven F. Smoot, Esq.
Smoot & Asscoiates, P.C.
101 Arch Street, 9th Floor
Boston, MA 02110
617-345-0220

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                   JUN 2 3 2004
CLERK                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

06/29/2004

I hereby certify and return that on 06/25/2004 at 12:15pm I served a true and attested copy of the Summons, Verified Complaint, Exhibits A, B, C, D, E & F, Civil Cover Sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of MICHAEL FINAMORE, by delivering in hand to GREGORY FINAMORE, at 108 DOUGLAS RD, WEBSTER, MA and by mailing first class mail to the above address on 06/29/2004. Fees: Service 20.00, Travel 22.76, Conveyance 4.50, Attest 10.00 & Postage and Handling 3.00. Total Fees: $60.26

Deputy Sheriff Paul R Almstrom

_Deputy Sheriff_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
         Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.