AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED
CLERKS OFFICE

District of Massachusetts

2004 JUL -6 P 4: 41

U.S. DISTRICT COURT

Kampgrounds of America, Inc.

v.

Micahel Finamore, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11432 REK

TO: (Name and address of Defendant)

Finecamp K O A, Inc.
(A Massachusetts corporation)
108 Douglas Road
Route 16
Webster, MA
Michael Finamore, President
Eileen Finamore, Treasurer and Clerk

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven F. Smoot, Esq.
Smoot & Associates, P.C.
101 Arch Street, 9th Floor
Boston, MA 02110
617-345-0220

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

JUN 23 2004

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

06/29/2004

I hereby certify and return that on 06/25/2004 at 12:15pm I served a true and attested copy of the Summons, Verified Complaint, Exhibits A, B, C, D, E & F, Civil Cover Sheet in this action in the following manner: To wit, by delivering in hand to GREGORY FINAMORE, agent, person in charge at the time of service for FINECAMP K O A, INC. at 108 DOUGLAS RD, WEBSTER, MA. Fees: Service 30.00, Travel 22.76, Conveyance 0.00, Attest 5.00 & Postage and Handling 1.00, Total fees: $58.76

Deputy Sheriff Paul R Almstrom

*Deputy Sheriff*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                Signature of Server

              _____
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.