UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11432-REK

KAMPGROUNDS OF AMERICA, INC.,
Plaintiff

v.

MICHAEL FINAMORE, EILEEN
FINAMORE, GREGORY S. FINAMORE,
and FINECAMP K O A, INC,
Defendants

DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION TO DISMISS

Now come the defendants, Michael Finamore, Eileen Finamore, Gregory S. Finamore and Finecamp K O A, Inc. and hereby oppose plaintiffs' motion to dismiss the counterclaim on the grounds that both the plaintiff's claim and counterclaims must be stayed pending a determination by an Arbitrator in accordance with the parties Franchise Agreement as referred to in the plaintiff's motion to dismiss.

Moreover, the plaintiff failed to make a claim for arbitration prior to terminating the Franchise Agreement when it knew that there was a controversy between the parties arising out of and relating to the Franchise Agreement. *See* §13, page 4 of the Franchise Agreement.

The plaintiff wrongfully takes the position that it has a valid claim pursuant to the Lanhan Act to protect its trademark prior to an Arbitrator making a decision that the defendant breached the Franchise Agreement entitling the plaintiff to terminate the Agreement. If the plaintiff had a decision by an arbitrator that it had the right to terminate the Franchise Agreement and the defendants continued to use the plaintiff's trademarks then plaintiff's claim under Lanham Act

would be ripe for litigation.

The counterclaims made by the defendants should not be dismissed because the defendants require a forum to confirm an arbtration award against the plaintiff.

In sum, both the plaintiff's claims and defendants' counterclaims should be stayed by this Court pending arbitration. Defendant's Motion to Stay Proceedings Pending Arbitration is submitted herewith.

WHEREFORE, the defendants respectfully respects that this Court to deny plaintiff's motion to dismiss and stay all proceedings in this matter, pending arbitration.

                                        Respectfully submitted,
                                        Michael Finamore, Eileen Finamore, Gregory S. Finamore and Finecamp K O A, Inc.
                                        By their attorney,

Dated: August 6, 2004

                                        Richard M. McLeod
                                        Follansbee and McLeod, LLP
                                        Ten McGrath Highway
                                        Quincy, MA 02169
                                        (617) 471-3494
                                        BBO #555134

## CERTIFICATE OF SERVICE

      I hereby certify that the above document is being served on this 6th day of August, 2004. I further certify that I served a true copy of this document upon each party and/or the attorney of record for each party by first class mail postage prepaid

_____
Richard M. McLeod