UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11432-REK

| | |
|---|---|
| KAMPGROUNDS OF AMERICA, INC.,<br>**Plaintiff**<br><br>v.<br><br>MICHAEL FINAMORE, EILEEN FINAMORE, GREGORY S. FINAMORE, and FINECAMP K O A, INC,<br>**Defendants** | DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING ARBITRATION |

Now come the defendants, Michael Finamore, Eileen Finamore, Gregory S. Finamore and Finecamp K O A, Inc. and respectfully request the Court to stay the proceedings in this matter pending arbitration. In support of this Motion, defendants submit the Affidavit of Michael Finamore and states as follows:

1. This is an complaint by the plaintiffs to the U.S. District Court alleging that the defendants are improperly using certain trademarks owned by the plaintiff after the defendants breached a franchise agreement and the plaintiff terminated the agreement which was executed by both the plaintiff and the defendants on or about August 31, 1999.

2. The defendants claim that they did not breach the franchise agreement and that the plaintiff wrongfully terminated the agreement without cause. The defendants take the position that the plaintiffs conduct in eliminating the defendants from its website; eliminating defendants' toll free telephone number; and terminating

       referral campers to the defendants prior to an arbiter making a decision that the defendants breached the franchise agreement allowing termination of the agreement was a material breach of the franchise agreement.

3. On or about August 31, 1999 the plaintiff, Kampgrounds of America, Inc and the defendants signed a Franchise Agreement ("Agreement"). A copy of the Agreement is attached to the Affidavit of Michael Finamore marked Exhibit "A". The Agreement permits either party to submit a dispute arising under the Agreement to binding arbitration. *See* Affidavit of Michael Finamore, ¶ 2, Ex . A, §13, page 4.

4. The plaintiff and the defendants cannot agree with respect to the condition of the operation of the defendants facility and there is a discord between them relative thereto.

5. There is a controversy and claims arising out or relating to this Franchise Agreement or the breach thereof for which the parties agreed to have resolved by an arbitrator pursuant to the Agreement.

6. This Court has the authority to stay all proceedings in this matter pending arbitration. In addition, the resolution of this matter by arbitration would serve the interest of judicial economy by removing this case from the Court's already crowded trial calendar.

WHEREFORE, the defendants respectfully respects that this Court stay all proceedings in this matter, pending arbitration.

Respectfully submitted,
Michael Finamore, Eileen Finamore, Gregory S. Finamore and Finecamp K O A, Inc.
By their attorney,

Dated: August 6, 2004

Richard M. McLeod
Follansbee and McLeod, LLP
Ten McGrath Highway
Quincy, MA 02169
(617) 471-3494
BBO #555134

## CERTIFICATE OF SERVICE

I hereby certify that the above document is being served on this 6th day of August, 2004. I further certify that I served a true copy of this document upon each party and/or the attorney of record for each party by first class mail postage prepaid

Richard M. McLeod