UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11432-REK

|  |  |
|---|---|
| KAMPGROUNDS OF AMERICA, INC. <br> PLAINTIFF <br> v. <br> MICHAEL FINAMORE, <br> EILEEN FINAMORE, <br> GREGORY S. FINAMORE, and <br> FINECAMP K O A, INC., <br> DEFENDANTS | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF JOHN J. TONNSEN

I, John J. Tonnsen, Vice President and General Counsel of the Plaintiff, Kampgrounds of America, Inc., being duly sworn, state as follows:

1. Attached as **EXHIBIT "A"** are fifty (50) true and accurate color prints of photos of the Defendants' franchise campground located at 108 Douglas Road, Route 16, Webster, MA, taken by the Plaintiff, KOA on or about May 6 2004, before the termination of the Franchise Agreement ("Photos").

2. The Photos show that the Defendants, despite repeated warnings failed and refused to correct breaches of the Franchise Agreement and show that there is a reasonable likelihood that the Plaintiff, KOA will prevail at time of trial.

3. The Defendants, Finamores continue to conduct business using the KOA Marks after the termination of the Franchise Agreement, despite repeated demands.

4. The Defendants continue to provide the Plaintiff, KOA with Weekly Remittance Reports, and royalty checks which have been refused.

- 1 -

5. The Plaintiff, KOA maintains a toll free number 800- 562-1895 with MCI, ("Toll Free Number"). Upon termination of the Franchise Agreement, the Plaintiffs had the Toll Free Number directed to back to the Plaintiff. The Defendants on numerous occasions contacted MCI and misrepresented that they owned the Toll Free Number, and sought to have the Toll Free Number assigned and directed to them.

6. Confusion has been created in the general public place regarding the KOA Marks, and among the other franchisees.

7. The Plaintiff, KOA has and continues to be irreparably harmed by the Defendants actions, and use of the KOA Marks.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY,**

August 16, 2004

_____
Kampgrounds of America, Inc.
John J. Tonnsen, VP and General Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand/ by overnight mail.

Date: 8/17/04   _____

C:\Server Files\CLIENT\Koa1584\USDC\Affidavit of Tonnsen

- 2 -

08/17/04 TUE 07:37 FAX 406 254 7455   KOA EXECUTIVE OFFICES   ☒003