**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Kampgrounds of America**　　　　　　　　　　　**CIVIL**
　　　　　　**Plaintiff**
　　　　　　　　　　　　　　　　　　　　　　　　**CASE NO. 04-11432-REK**
　　　**V.**


**Michael Finamore, et al.**
　　　　　　**Defendant**


**NOTICE OF HEARING**

**Keeton, S.D.J.**

　　　PLEASE TAKE NOTICE that the above-entitled case has been set for _____

  A hearing on the motions for preliminary injunction (docket #'s 9 and 12) for

September 28, 2004　　　　　　　　 at 　2:00 P.M. before Judge 　Keeton　 in

Courtroom # 　3　 on the 　3rd　 floor.

　　　　　　　　　　　　　　　　　　　　　　　　**TONY ANASTAS,**
　　　　　　　　　　　　　　　　　　　　　　　　**CLERK OF COURT**


　9/22/04　　　　　　　　　　　　　　 **By:** 　/s/ Karen Folan
　　　**Date**　　　　　　　　　　　　　　　　　　　**Deputy Clerk**


**Notice mailed to:**

**(Notice of Hearing.wpd - 7/99)**                                              **[kntchrgcnf.]**
                                                                                 **[ntchrgcnf.]**