UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11432-REK

FILED
IN CLERKS OFFICE
2004 SEP 23  P 1: 14
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| KAMPGROUNDS OF AMERICA, INC. <br> PLAINTIFF <br> v. <br> MICHAEL FINAMORE, <br> EILEEN FINAMORE, <br> GREGORY S. FINAMORE, and <br> FINECAMP K O A, INC., <br> DEFENDANTS | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### SUPPLEMENTAL AFFIDAVIT OF JOHN J. TONNSEN

I, John J. Tonnsen, Vice President and General Counsel of the Plaintiff, Kampgrounds of America, Inc. ("KOA") being duly sworn, state as follows:

1. Attached as EXHIBIT "A" is a true and accurate copy of a communication received from David Bisson of South Barre, VT by KOA after staying at the Defendants' campground located in Webster, MA. Mr. Bisson states: **"I have never stayed as a more disgusting campground in all my years of camping. This campground does not speak well for the KOA name."**

2. Attached as EXHIBIT "B" is a true and accurate letter received from Boyd and Jill Kelso dated September 13, 2004 by the KOA after staying at the Defendants' campground. The Kelso's state **"The overall appearance was appalling. Dirty cars parked around, with For Sale signs on them, non-operating trucks parked in campsites, junky campsites and unsightly propane bottles at the entrance. Staying at KOA's since 1988, this was the most undesirable one we've encountered."**

3.   Confusion has been created in the general public place regarding the KOA Marks, and among the other franchisees.

4.   The Plaintiff, KOA has and continues to be irreparably harmed by the Defendants actions, and use of the KOA Marks.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY,**

September 17, 2004

_____
Kampgrounds of America, Inc.
John J. Tonnsen, VP and General Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail /by hand/ by overnight mail.

Date: 9/23/04   _____

- 2 -

C:\Server Files\CLIENT\Koa1534\USDC\Supplemental Affidavit of Tonnsen