UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11432-REK

KAMPGROUNDS OF AMERICA, INC. )
    PLAINTIFF )
  v. )
MICHAEL FINAMORE, )
EILEEN FINAMORE, )
GREGORY S. FINAMORE, and )
FINECAMP K O A, INC., )
    DEFENDANTS )

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

The Parties move to continue the Status Conference scheduled for Tuesday, December 14, 2004 at 10 AM until Wednesday, February 16, 2005 at 10 AM or such other time as the Court directs.

In support of this motion the Parties state that the matter has been submitted to the American Arbitration Association ("AAA") which has selected an arbitrator but has not yet scheduled a hearing. The Parties anticipate a hearing some time in January 2005.

                                            The Plaintiff,
                                            Kampgrounds of America, Inc.,
                                            By Its Attorney,

December 13, 2004

                                            Steven P. Smoot, Esq., (BBO # 543799)
                                            Smoot & Associates, P.C.
                                            101 Arch Street, 9th Floor
                                            Boston, MA 02110
                                            617-345-0220

                                        The Defendants,
Michael Finamore,
Eileen Finamore,
Gregory S. Finamore, and
Finecamp K O A, Inc.

December 13, 2004

*Richard M. McLeod (by SFS)*
Richard M. McLeod, Esq.
Follansbee and McLeod, LLP
10 McGrath Highway
Quincy, MA 02169
617-471-3494

---

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/~~by hand~~/~~by overnight mail~~.

Date: 12/13/04  _[signature]_