UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11432-REK

KAMPGROUNDS OF AMERICA, INC. )
    Plaintiff )
v. )
MICHAEL FINAMORE, )
EILEEN FINAMORE, )
GREGORY S. FINAMORE, and )
FINECAMP K O A, INC., )
    Defendants )
)

## Joint Motion to Continue Status Conference

The Parties move to continue the Status Conference scheduled for Wednesday, February 16, 2005 at 10 AM until Tuesday, April 12, 2005 at 10 AM or such other time as the Court directs.

In support of this motion the Parties state that the matter has been submitted to the American Arbitration Association ("AAA") which is scheduled for hearing in Billings, Montana on February 15 and 16, 2005, and the counsel for the Plaintiff will be on vacation for the month of March, 2005.

                    The Plaintiff,
                    Kampgrounds of America, Inc.,
                    By Its Attorney,

February 11, 2005

                    Steven F. Smoot, Esq., (BBO # 543799)
                    Smoot & Associates, P.C.
                    101 Arch Street, 9th Floor
                    Boston, MA 02110
                    617-345-0220

The Defendants,
Michael Finamore,
Eileen Finamore,
Gregory S. Finamore, and
Finecamp K O A, Inc.

February 11, 2005

Richard M. McLeod, Esq.
Follansbee and McLeod, LLP
10 McGrath Highway
Quincy, MA 02169
617-471-3494

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail /by hand/ by overnight mail.

Date: 2/11/05

- 2 -