UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Kampgrounds of America
       Plaintiff

v.                                          Civil Action No.04-11432-REK

Michael Finamore, et al.
       Defendant

## SETTLEMENT ORDER OF DISMISSAL

KEETON, S.D.J.

    The Court having been advised by counsel for the defendant that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within thirty (30) days to reopen the action if

settlement is not consummated.

By the Court,

/S/ Karen P. Folan

4/11/05
  Date

Karen P. Folan
Courtroom Clerk

Case 1:04-cv-11432-REK    Document 22    Filed 04/11/2005    Page 2 of 2